JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE VICTOR,<br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST WINE AND SPIRITS, LLC, et al.,<br>    Defendants. | CV 22-3995 DSF (SKx)<br><br>ORDER REMANDING ACTION |

    Plaintiff has once again improperly removed the action she herself filed in Los Angeles Superior Court as Case # 20STCV4566.  The Court previously remanded the action.  See Victor v. Southwest Wine and Spirits, LLC, CV 22-3312 DSF (SKx).

    Plaintiff is advised that the plaintiff in a state court action may not remove the action.  Future filings of this nature will also result in remand and may result in sanctions.  For further information, the Court suggests plaintiff contact the Court's Pro Se Clinic at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

    IT IS SO ORDERED.

Date:  June 28, 2022

                                                Dale S. Fischer<br>
                                                United States District Judge